**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1140**

In re:  ROGER CHARLES DAY, JR.,

　　　　Petitioner.

On Petition for Writ of Mandamus.  (3:07-cr-00154-JAG-3)

Submitted:  April 22, 2021                                Decided:  April 27, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Roger Charles Day, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Charles Day, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on January 27, 2021. Accordingly, because the district court has recently decided Roger's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*